```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3293 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's application to proceed *in forma pauperis*, filing 3, is granted.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge