IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3293 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by January 26, 2006, file their Report of Parties' Planning Conference.

DATED January 6, 2006.

/s/   *David L. Piester*
United States Magistrate Judge
