```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3293 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The unopposed oral motion of counsel for the defendant is granted and a telephone conference regarding scheduling issues prior to the parties' filing a Rule 26 conference report is set for January 24, 2006 at 1:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge