```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3293 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A conference with counsel pursuant to <u>Fed. R. Civ. P.</u> 16 was held this date by telephone conference call, to discuss scheduling matters in the case.  In accordance with the conversations during the conference,

IT IS ORDERED, counsel are given until February 17, 2006 to file their report of parties' planning meeting, and the report shall include their agreement (or their respective views, as appropriate) on the scheduling of this case respecting the need for defendants' present counsel to take an extended leave this spring.

DATED this 24th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge