IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | CASE NO. 4:05CV03293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

Considering the parties' joint motion and stipulation for extension of time in which to file for summary judgment (Filing No. 25) in accordance with NELR 16(b), the file shows that the motion is supported by good cause.

IT IS ORDERED,

Pursuant to NELR 16(b) that the parties are given until December 29, 2006 to file motions for summary judgment.

IT IS FURTHER ORDERED, to provide the court sufficient time to consider the motion for summary judgment,

1.  The deposition deadline is continued to January 29, 2007.

2.  The pretrial conference is continued to April 5, 2007 at 9:00 a.m. in the chambers of the undersigned.

3.  Jury trial is continued to 9:00 a.m., April 24, 2007, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

Dated this 11th day of December, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge