THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | 4:05CV3293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion (filing 30) requesting additional time in which to respond to Defendant's motion for summary judgment (filing 27). I shall grant the motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 30) requesting additional time in which to respond to Defendant's motion for summary judgment (filing 27) is granted;

2. Plaintiff shall file a brief in response to Defendant's motion for summary judgment on or before February 7, 2007;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date on Filing 27 accordingly.

January 22, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge