THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | 4:05CV3293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's counsel has made an oral motion for an extension of time in which to submit a reply to Plaintiff's response (filings 32 & 33) to Defendant's motion (filings 27-29) for summary judgment. Defendant's counsel represented to the court that Plaintiff's counsel does not object to an extension of time. Accordingly,

IT IS ORDERED:

1. Defendant's oral motion for an extension of time to reply to Plaintiff's response (filings 32 & 33) to Defendant's motion (filings 27-29) for summary judgment is granted, and such reply shall be filed on or before March 9, 2007;

2. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 27 is March 9, 2007.

February 28, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge